FILED

2022 APR -7 PM 3:10

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:22-cr-41-BJD-JBT

26 U.S.C. § 5861(d)

DYLAN MILTON JARVIS

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 11, 2022, in the Middle District of Florida, the defendant,

DYLAN MILTON JARVIS,

did knowingly possess a firearm as defined under 26 U.S.C. § 5845(a), that is, a Harrington & Richardson, Inc. 12-gauge shotgun, a weapon made from a shotgun with a barrel of less than 18 inches in length, that was not then registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5861(d) & 5871.

## FORFEITURE

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303.

2.  Upon conviction of a violation 26 U.S.C. § 5861, the defendant shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearms involved in the violation, and, pursuant to 49 U.S.C. § 80303 and 28 U.S.C. § 2461(c), any aircraft, vehicle, or vessel used to facilitate the transportation, concealment, receipt, possession, purchase, sale, exchange, or giving away of such firearm.

3.  The property to be forfeited includes, but is not limited to, the following:

    a.  Harrington & Richardson, Inc. 12-gauge shotgun, a weapon made from a shotgun with a barrel of less than 18 inches in length.

4.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By: _____
Kevin C. Frein
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
3/28/22 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

DYLAN MILTON JARVIS

INDICTMENT

Violations: CT 1: 26 U.S.C §§ 5861(d) and 5871

Filed in open court this 7th day

of April, 2022.

_Megan Chaddock_
Clerk

Bail $ _____